UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE RZANCA,

    Plaintiff,                                      Case No. 1:08-cv-1079

v.                                                    Hon. Janet T. Neff

ALCOA LTD PLAN,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. No. 14) is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that a Default Judgment shall issue.


Dated: November 19, 2009                                 /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 UNITED STATES DISTRICT JUDGE